No. 450. AMERICAN ORDNANCE COMPANY v. DRIGGS-SEABURY GUN AND AMMUNITION COMPANY. Second Circuit. Denied No-

vember 25, 1901. *Mr. William H. Singleton* for the petitioner. *Mr. Ernest Wilkinson* and *Mr. Samuel T. Fisher* opposing.